```
                          United States Bankruptcy Court
                          Middle District of Pennsylvania
In re:                                                            Case No. 17-05008-HWV
Randoll A Alleyne                                                 Chapter 7
          Debtor                    CERTIFICATE OF NOTICE
District/off: 0314-1           User: MMchugh               Page 1 of 1              Date Rcvd: Feb 23, 2018
                               Form ID: ntnoshow           Total Noticed: 8
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 25, 2018.
```
db             +Randoll A Alleyne,    24 Vikilee Drive # 106,    Wrightsville, PA 17368-9147
4999233         ACCESS RECEIVABLES MANAGEMENT,    PO BOX 9801,    Baltimore, MD 21284-9801
4999235        +Baltimore Sun,    PO 1013,    Baltimore, MD 21203-1013
4999237        +Memorial Hospital,    325 Belmont Street,    York, PA 17403-2609
4999238        +Milstead and Assoc., LLC,    1 E Stow Road,    Marlton, NJ 08053-3118
4999239        +SELECT PORTFOLIO SERVICING INC,    P O Box 65277,    Salt Lake City, UT 84165-0277
4999240        +St Joseph Physician Enterprise,    PO Box 79944,    Baltimore, MD 21279-0944
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
4999234        +E-mail/Text: EBNProcessing@afni.com Feb 23 2018 18:54:35      AFNI,    PO 3427,
                 Bloomington, IL 61702-3427
                                                                                             TOTAL: 1
```

```
              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
4999236        ##+Bloom and Associate RA,    1220A East Joppa Rd, Suite 223,    Towson, MD 21286-5817
                                                                                  TOTALS: 0, * 0, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 25, 2018                                Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 22, 2018 at the address(es) listed below:
```
              Abraham B. Cardenas    on behalf of Debtor 1 Randoll A Alleyne cardenas@cardenaslawfirm.com,
               cardenas@lawyer.com
              James Warmbrodt    on behalf of Creditor    U.S. Bank, N.A. et. al. bkgroup@kmllawgroup.com
              Steven M. Carr (Trustee)    carrtrustee@yahoo.com, pa31@ecfcbis.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                             TOTAL: 4
```

ntnoshow (03/15)

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade):

| Randoll A Alleyne<br>Debtor(s) | Chapter | 7 |
|---|---|---|
| | Case No. | 1:17−bk−05008−HWV |

## Notice

The Court intends to dismiss the Case.

The court docket reflects that the debtor(s) has/have failed to appear at the meeting of creditors required under Section 341 of the Bankruptcy Code. Section 343 of the Code provides that debtor(s) shall appear at the meeting and submit to examination under oath by creditors, the case trustee, and other interested parties. The failure of debtor(s) to appear at the meeting constitutes cause for dismissal.

Any creditor or party in interest that opposes this dismissal must file an objection with the Court on or before **March 15, 2018**. If the debtor(s) oppose(s) this dismissal, debtor(s) must file an objection with the Court, on or before **March 15, 2018**, and explain why debtor(s) failed to appear at the creditors' meeting on each occasion the meeting was scheduled by the Court. If no timely objection is filed, an Order will be entered.

| **Address of the Bankruptcy Clerk's Office:**<br>U.S. Bankruptcy Court<br>Ronald Reagan Federal Building<br>228 Walnut St, Rm 320<br>Harrisburg, PA 17101−1737<br>(717) 901−2800 | **For the Court:**<br>Terrence S. Miller<br>Clerk of the Bankruptcy Court:<br>By: MMchugh, Deputy Clerk |
|---|---|
| Hours Open: Monday – Friday 9:00 AM – 4:00 PM | Date: February 23, 2018 |